RAYMOND NARDO, Esq.
RAYMOND NARDO, P.C.
129 Third Street
Mineola, NY 11501
(516)248-2121
raymondnardo@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
========================================X
Kelly Pichardo,

     Plaintiff,       **20-CV-2652 (CBA) (RML)**

  -against-

Fifty Five Long Island Corp. d/b/a Privileged,  **NOTICE OF MOTION**
Matthew Robinson, an individual, Allison Monfort,  **FOR DEFAULT**
an individual, and Cindy R. Devitt, an individual,  **JUDGMENT**

     Defendants.

========================================X

  PLEASE TAKE NOTICE that, upon the annexed Declaration of KELLY PICHARDO, and supporting brief on behalf of plaintiff, the undersigned will move this Court, before the Honorable Constance Bagley Amon, 225 Cadman Plaza, Brooklyn, NY on the 4th day of Decenber, 2020 at 9:30am, or as soon thereafter as counsel may be heard, for an order requesting default judgment be entered on behalf of plaintiff, and for such other, and further, relief as this Court may deem just and equitable.

Dated: Mineola, NY
       November 4, 2020

                                                RAYMOND NARDO, P.C.

                                                _____
                                                RAYMOND NARDO, ESQ.
                                                129 Third Street
                                                Mineola, NY 11501
                                                (516)248-2121
                                                raymondnardo@gmail.com