UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY PRICHARDO,

                                    JUDGMENT

               Plaintiff,                    20-CV-2652 (CBA) (RML)

   v.

FIFTY FIVE LONG ISLAND CORP. d/b/a
Privileged, Matthew Robinson, Allison
Monfort and Cindy R Devitt,

              Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of Honorable Carol B. Amon, United States District Judge, having been filed on September 14, 2021, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 2, 2021, granting Plaintiff's motion for default judgment; entering default judgment against Defendants jointly and severally; awarding Plaintiff an award of $197,590, consisting of $46,235 in unpaid wages, $47,500 in improperly deducted gratuities, $10,000 in statutory penalties for wage notice and statement violations, and $93,735 in liquidated damages; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that judgment is hereby entered in favor of Plaintiff and against Defendants jointly and severally in the total amount of $197,590.

Dated: Brooklyn, New York                              Douglas C. Palmer
       September 15, 2021                             Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                           Deputy Clerk